IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOE CURTIS HARRIS,

   Plaintiff,

v.             CIVIL ACTION NO.: CV506-067

RICHARD MAYNARD, Grievance
Coordinator,

   Defendant.

## ORDER

Plaintiff has filed a Motion for Entry of Affidavit and Declaration of Witness Statements. No response has been filed to the motion indicating no opposition thereto. See Local Rule 7.5. Plaintiff's unopposed motion is **GRANTED**.

**SO ORDERED**, this 9th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)