FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 SEP 10 AM 10: 47

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOE CURTIS HARRIS,

    Plaintiff,

v.

RICHARD MAYNARD, Grievance
Coordinator,

CIVIL ACTION NO.: CV506-067

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report, wherein he recommended Defendant's Motion for Summary Judgment be granted and that Plaintiff's Complaint be dismissed. After an independent review of the record, the undersigned adopts the Magistrate Judge's Report and Recommendation as the opinion of the Court.

In his Objections, Plaintiff contends Defendant failed to "accord due process" to him, as required by the Constitution. (Doc. No. 32, p. 1). Plaintiff asserts Defendant refused to resolve his grievances. Plaintiff also asserts he made every effort to proceed with his grievances in the manner proscribed by the Georgia Department of Corrections' Standard Operating Procedures but was "obstructed by" Defendant's failure to resolve his many grievances.

Plaintiff's Objections consist of assertions which are unresponsive to the Magistrate Judge's Report and Recommendation. Plaintiff's Objections also appear to be a string of several incomplete arguments. The Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Defendant's Motion for Summary Judgment (Doc. No. 18) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9 day of October, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE